## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:09CR00077-01-JLH | |
| | NO. 4:16CV00413-JLH | |
| GEORGE HORTON | | DEFENDANT |

### ORDER

George Horton has filed a pro se motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and a motion to appoint counsel. For the reasons set out below, the motions are denied.

Defendant was not sentenced based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Rather, he was designated as a career offender under the Guidelines based on two qualifying drug convictions.

Accordingly, the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 and motion to appoint counsel are denied. Documents #88 and #86. No certificate of appealability will be issued.

IT IS SO ORDERED this 24th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE